THE LAW OFFICES OF THOMAS BRIXIUS
705 SOUTH 9TH STREET, SUITE 101
TACOMA, WA 98401-1132
1-888-966-7934


Invoice Submitted to:

Stanley W. and Pamela J. Carter
3318 243rd Street, East
Spanaway, WA 98387

In Reference to: Chapter 13 Bankruptcy
Case No. 11-49314-BDL


Professional Services

| | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/24/12 | AW | Preparation of Modified Chapter 13 Plan Dated July 24, 2012 | | $325.00 | 1.0 | 325.00 |
| 7/24/12 | AW | Preparation of Amended Statement of Current Monthly and Disposable Income | | $325.00 | 0.3 | 97.50 |
| 7/25/12 | AW | Preparation of Debtors' Motion to Modify Chapter 13 Plan and Notice of Hearing | | $325.00 | 0.6 | 195.00 |
| 7/25/12 | LS | Service of Debtors' Motion to Modify Chapter 13 Plan and Notice of Hearing | | $150.00 | 0.5 | 75.00 |
| 8/2/12 | AW | Preparation of Modified Plan Dated August 2, 2012 | | $325.00 | 0.1 | 32.50 |
| 8/20/12 | AW | Preparation of Amended J Schedule | | $325.00 | 0.2 | 65.00 |
| 8/21/12 | AW | Review Trustee's Response to Motion to Approve Modified Plan | | $325.00 | 0.1 | 32.50 |
| 8/22/12 | AW | Preparation of Debtors' Amended Motion to Modify Chapter 13 Plan | | $325.00 | 0.3 | 97.50 |
| 8/22/12 | AW | Preparation of Debtors' Notice of Continued Hearing | | $325.00 | 0.4 | 130.00 |
| 8/22/12 | LS | Service of Debtors' Notice of Continued Hearing | | $150.00 | 0.5 | 75.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/4/12 | AW | Review Trustee's Response to Motion to Approve Modified Chapter 13 Plan | $325.00 | 0.1 | 32.50 |
| 9/21/12 | TB | Preparation of Order Approving Post Confirmation Modification of Plan | $325.00 | 0.2 | 65.00 |
| 1/9/13 | SM | Preparation of Supplemental Fee Application | $150.00 | 0.7 | 105.00 |
| | | **TOTAL:** | | **5.00** | **$1,327.50** |

Costs:

| | |
|---|---|
| Postage 7/25/12 Service of Plan and Notice of Hearing | $10.35 |
| Postage 8/22/12 Service of Debtors' Notice of Continued Hearing | $10.35 |
| TOTAL: | $20.70 |

TOTAL SERVICES AND COSTS     $1,348.20